### 14207. DASHER v. WILLIAMS.

LUKE, J. 1. Where property has been sold and delivered under a conditional sale, and the buyer has failed and refused to pay the purchase-money due thereon, and the seller retakes possession of the property and holds it as his own, without giving the buyer any credit for its value, such retaking of the property operates as a rescission and cancellation of the contract of sale. Such an election to take the property itself defeats any subsequent action for any further recovery. See *Glisson* v. *Heggie,* 105 *Ga.* 34 (31 S. E. 118); *Cornett* v. *Newsome,* 27 *Ga. App.* 340 (3) (108 S. E. 254).

2. Upon the agreed statement of fact in this case the verdict was authorized, and for no reason assigned did the court err in overruling the motion for a new trial.

  *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

    DECIDED APRIL 10, 1923.

Foreclosure of lien; from Lowndes superior court — Judge W. E. Thomas. December 16, 1922.

*F. S. Harrell,* for plaintiff.

*John B. Odom, Franklin & Langdale,* for defendant.

---

### 14209. MOORE v. REVILLE.

BROYLES, C. J. The general grounds of the motion for a new trial are expressly abandoned in the brief of counsel for the plaintiff in error; and the excerpt from the charge of the court, complained of in the only special ground of the motion, when considered in the light of the entire charge and the particular facts of the case, does not require a new trial.   *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

    DECIDED APRIL 10, 1923.

Foreclosure of mortgage; from Richmond superior court — Judge Henry C. Hammond. December 16, 1922.

*Isaac S. Peebles,* for plaintiff in error.

*William H. Fleming,* contra.